In the Matter of ANGELA LABITA, Also Known as ANGELICA J. LABITA, Deceased. KATHERINE D'ALESSANDRO, Appellant; NICOLINA D. HAYHURST, Respondent.

KATHERINE D'ALESSANDRO, Appellant, v MIDWAY NURSING HOME, Respondent.

Submitted March 29, 2010; decided May 6, 2010

Motion for reargument denied [*see* 14 NY3d 749 (2010)].

LEGACY DEVELOPMENT, Appellant, v VICTOR LIBERATORE et al., Respondents.

Submitted February 16, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL BELL, Appellant.

Submitted May 3, 2010; decided May 6, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.